**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01478-REB-KLM

WELLS FARGO BANK, N.A.,

     Plaintiff,

v.

PEAK 'N PRAIRIE LANDSCAPE & RECLAMATION, INC., a Colorado corporation, and
PETER M. YOUNG, individually,

     Defendants

---

**ORDER OF ADMINISTRATIVE CLOSURE**

---

**Blackburn, J.**

     The matter is before me on the plaintiff's **Unopposed Motion To Stay
Proceedings Pending Arbitration** [#9][1], filed June 20, 2011.  After reviewing the
motion and the file, I conclude that the motion should be granted and that this action
should be stayed pending arbitration and closed administratively.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Unopposed Motion To Stay Proceedings Pending Arbitration**
[#9], filed June 20, 2011, is **GRANTED**;

     2.  That this action is **STAYED** pending arbitration;

     3.  That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED
ADMINISTRATIVELY**; and

---

[1]"[#9]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

4.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated July 26, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge