**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01478-REB-KLM

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

PEAK 'N PRAIRIE LANDSCAPE & RECLAMATION, INC., a Colorado corporation, and
PETER M. YOUNG, individually,

    Defendants.

## ORDER LIFTING ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion To Re-Open Case Pursuant To Local Rule 41.2** [#12][1] filed September 20, 2012. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Unopposed Motion To Re-Open Case Pursuant To Local Rule 41.2** [#12] filed September 20, 2012, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action; and

3. That the **Stipulation For Payment Or Judgment** [#12-1] is accepted for filing.

Dated September 20, 2012, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.