**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-01478-REB-KLM

WELLS FARGO BANK, N.A.,

      Plaintiff,

v.

PEAK 'N PRAIRIE LANDSCAPE & RECLAMATION, INC., a Colorado corporation, and
PETER M. YOUNG, individually,

      Defendants.

---

**ORDER LIFTING ADMINISTRATIVE CLOSURE**

---

**Blackburn, J.**

      The matter is before me on the plaintiff's **Unopposed Motion To Re-Open Case Pursuant To Local Rule 41.2** [#12][1] filed September 20, 2012.  After reviewing the motion and the record, I conclude that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the plaintiff's **Unopposed Motion To Re-Open Case Pursuant To Local Rule 41.2** [#12] filed September 20, 2012, is **GRANTED**;

      2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action; and

      3.  That the **Stipulation For Payment Or Judgment** [#12-1] is accepted for filing.

      Dated September 20, 2012, at Denver, Colorado.

                         **BY THE COURT:**

                         *Bob Blackburn*

                         Robert E. Blackburn
                         United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.