**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01478-REB-KLM

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

PEAK 'N PRAIRIE LANDSCAPE & RECLAMATION, INC., a Colorado corporation, and
PETER M. YOUNG, individually,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me *sua sponte*. Given the current status of this case, I order that this case be closed administratively.

On September 20, 2012, the plaintiff filed its **Unopposed Motion To Re-Open Case Pursuant To Local Rule 41.2** [#12][1]. In that motion, the plaintiff reported that it had reached an agreement with the defendants as stated in the **Stipulation for Payment or Judgment** [#12-1]. The stipulation requires the defendants to make monthly payments to the plaintiff, with the last payment to be made by August 1, 2015. In the event of a default on the agreed payment plan, the plaintiff may apply to this court for entry of judgment in its favor. To date, the plaintiff has not applied for a judgment. In the stipulation, the parties request that the court close this case administratively but retain jurisdiction to enforce the terms of the stipulation [#12-1]. Given these circumstances, administrative closure of this case is appropriate.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Payment or Judgment** [#12-1] is **APPROVED**;

    2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**;

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

and

      3.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

      Dated June 15, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge